JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS BENAVIDES, SR., | Case No. 2:23-cv-05744-SVW (DTB) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| DEPUTY SAUCER, et al, | |
| Defendants. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 13, 2025

_____
STEPHEN V. WILSON
United States District Judge